# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| United States of America<br>v.<br>**BERNARD MARTIN**<br><br>Date of Original Judgment: 03/01/1994<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No: 2:93-CR-67-001<br>)<br>)  USM No: _____<br>)<br>)  Steven S. Nolder, Esq.<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/01/1994   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   01/18/2012

*Judge's signature*

Effective Date:   01/28/2012

Sandra S. Beckwith, Senior Judge
*Printed name and title*

*(if different from order date)*